**Annie Elizabeth TATEM, Administratrix of the Estate of Cecil V. Tatem, Deceased (Lucy Lawson, Administratrix of the Estates of Isaiah and George Alvin Lawson, Deceased, Intervening Plaintiff) v. SOUTHERN TRANSPORTATION COMPANY, appellant.**

No. 9460.

Circuit Court of Appeals, Third Circuit.

Argued March 18, 1948.

Decided April 5, 1948.

Joseph W. Henderson, of Philadelphia, Pa. (Rawle & Henderson and Thomas F.

Mount, both of Philadelphia, Pa., on the brief), for appellant.

Abraham E. Freedman, of Philadelphia, Pa., for appellee.

Before BIGGS, O'CONNELL, and KALODNER, Circuit Judges.

PER CURIAM.

An examination of the briefs and consideration of the oral argument convince us that the court below committed no error in entering judgments for the plaintiffs. Irrespective of the question whether routing the tug through ocean waters for the first part of the voyage was negligent, other sufficient grounds of negligence were alleged and were proved in the court below. Accordingly the judgments, 72 F. Supp. 44, will be affirmed.